UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | Cause No. 4:15CR00404 HEA |
| vs. | ) | (NAB) |
| | ) | |
| MAURICE WOODSON, | ) | |
|     Defendant. | ) | |

### DEFENSE COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT

COMES NOW Defense counsel David Bruns, attorney for Maurice Woodson, moves to withdraw. Counsel requests the Court appoint replacement counsel.

Respectfully Submitted,

/s/ David Bruns

_____
David Bruns #38665MO
Attorney for Defendant
225 South Meramec, Suite 1100
Clayton, MO 63105
Phone:  314-832-0202
Fax:     314-269-1042
david@brunspc.com

### CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the U.S. Attorney's Office via electronic e-mail on the above date.

/s/ David Bruns

_____