IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | NO. 4:15-CR-00404-HEA-NAB |
| vs.  ) | |
| ) | |
| MAURICE WOODSON  ) | |
| ) | |
| Defendant.  ) | |

## MOTION TO CONTINUE

COMES NOW defendant, Maurice Woodson, by counsel, and moves for additional time to file pretrial motions. In support thereof, defendant states as follows:

1. Defendant's pretrial motions are due July 1, 2019.

2. Defendant's motions hearing is set for September 3, 2019.

3. Counsel for defendant were recently appointed in this complex case.

4. Counsel and defendant require additional time to review discovery and to discuss the preparation of the defense of his case.

5. AUSA Thomas Rea has no objection to this motion.

6. The interests of justice are served by this motion.

WHEREAS, Defendant moves for an additional 60 days to file pretrial motions and consequently moves to continue the scheduled hearing or any motions to a later date.

MICHAEL S. GHIDINA, P.C.

By: /s/ Michael S. Ghidina
MICHAEL S. GHIDINA
The Midvale Building
112 South Hanley
St. Louis, Missouri  63105-3418
(314) 726-6106
(314) 863-3821 (Fax)

ATTORNEY FOR DEFENDANT

- 2 -

             and

           By: /s/ Brian Trentman
             Brian Trentman
             1549 Townshipline Road
             DuBois, Illinois 62831

           ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

 I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

           /s/ Michael S. Ghidina
           Michael S. Ghidina

Woodson/A04